IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ENVIRO-KLEEN ENTERPRISES, L.P.                    PLAINTIFF

    vs.            CASE No. 04-5255

WAL-MART STORES, INC.                              DEFENDANT

# O R D E R

Currently before the Court is Plaintiff's Motion to Nonsuit Without Prejudice. (Doc. 23.) Defendant has filed a response in opposition to Plaintiff's motion. (Doc. 24.) Defendant requests the Court deny the motion; however, if the Court dismisses Plaintiff's complaint, Defendant requests the Court to condition the dismissal of Plaintiff's case upon payment by Plaintiff of Defendant's costs and attorneys fees in this action on re-filing. *Id.* The trial in this case is currently scheduled for November 28, 2005. Plaintiff filed the current motion to dismiss on November 14, 2005.

Upon due consideration, Plaintiff's motion (Doc. 23) is GRANTED and Plaintiff's complaint is hereby DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(2). Should Plaintiff re-file the complaint, the Court will consider requiring Plaintiff to compensate Defendant for any duplicative costs and expenses incurred, to include attorneys fees. The parties shall bear their own costs and attorneys fees.

IT IS SO ORDERED this 18th day of November 2005.

                                    /S/ Robert T. Dawson
                                    Robert T. Dawson
                                    United States District Judge